**Order entered December 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00672-CV

## IN RE PURSUIT OF EXCELLENCE, INC., PURSUIT OF EXCELLENCE TEXAS, LLC, MARIE DIAZ, C. JOHN SCHEEF, ANNA S. BROOKS, AND BRANDY K. CHAMBERS, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08581**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus as to the district court judge's June 5, 2018 verbal contempt finding and sanctions order, and we **DENY** the petition as to the May 8, 2018 discovery order. We **ORDER** the district court to issue written rulings within ten days of the date of this opinion that vacate the district court judge's June 5, 2018 verbal rulings granting Ruth Torres' motion for contempt and sanctioning relators and their counsel. Should the district court fail to comply, the writ will issue.

We **DENY** the real party in interest's "Motion for Order to Release Records" and "Motion for Extension of Time & Request for Order for Release of Clerk Records."

We **LIFT** this Court's June 8, 2018 stay of the underlying trial court proceedings.


/s/  LANA MYERS
    JUSTICE